**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Bintoo Kumar,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02782-MMD-EJY

**Order**

IT IS THEREFORE ORDERED that the Amended Petition currently due October 1, 2026 would be extended to November 16, 2026, the Government's Response to Amended Petition to be filed fourteen (14) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

DATED this 24th day of September, 2026.

UNITED STATES DISTRICT JUDGE